JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KOLTYS, <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, et al. <br><br> Defendants. | No. 2:22-CV-655-SVW-E <br><br> **ENTRY OF JUDGMENT** |

WHEREFORE, in an accompanying order, the Court GRANTED summary judgment in favor of Defendant, the Social Security Administration, and DENIED summary judgment in favor of Plaintiff Henry Koltys, the Court hereby ENTERS judgment in favor of Defendant.

**IT IS SO ORDERED.**

Date: June 7, 2022

*/s/ Stephen V. Wilson*
The Honorable Stephen V. Wilson